UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

JAMIE LEE ARMSTRONG,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

    Defendant.

No. 2:13-cv-00188-JTR

JUDGMENT IN A
CIVIL CASE

**DECISION BY THE COURT:**

  This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that:

  Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

  DATED: June 18, 2014

        SEAN F. McAVOY
        Clerk of Court

        By: _s/Pam Howard_
          Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**